UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SALVADOR ROLDAN,

                           Plaintiff,

              -against-

K & T PROVISIONS, INC.,
ROBERT ELIODROMYTIS,

                           Defendants.
-------------------------------------------------------------------X

**SCHEDULING ORDER**
CV 21-4604 (JMA) (ARL)

**LINDSAY, Magistrate Judge:**
The following pretrial schedule is adopted:

**June 14, 2022**         :  Deadline for filing motion for joinder of additional parties or amendment of pleadings.

**September 19, 2022:** All discovery, inclusive of expert discovery, to be concluded.

**October 4, 2022**         :  Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion.  Parties are directed to consult the district judge's individual rules regarding such motion practice.

**October 29, 2022**   :  Final conference before the undersigned at **11:30 a.m.**  Meaningful settlement discussions will occur at the conference.  Clients or other persons with full settlement authority must be available by telephone. Parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before **October 27, 2022.**

      This scheduling order will be modified by the Court only upon a timely showing of good cause.  Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D) which requires that applications be made at least forty-eight hours before the scheduled appearance or deadline.

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York                    SO ORDERED:
       April 12, 2022                                                  s/
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge