**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---|
| Charles Joseph<br>Maimon Kirschenbaum<br>Denise Schulman<br>Josef Nussbaum<br>Lucas C. Buzzard<br>Leah Seliger<br>Michael DiGiulio | 32 Broadway, Suite 601 D.<br>New York, NY 10004<br>Phone (212) 688-5640<br>Fax (212) 688-2548<br>www.jk-llp.com |

September 27, 2023

**VIA ECF**

Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      Re:    *Roldan v. K&T Provisions, Inc., et ano.* – Case No. 2:21-cv-4604 – Joint Status Report Re: Joint Pre-Trail Order

Dear Judge Dunst:

      The parties in the above captioned matter write jointly, pursuant to the Court's September 6, 2023 Order, Dkt. No. 29, to notify the Court that the parties have met and conferred and have no updates to the Proposed Joint Pretrial Order previously filed on May 5, 2023. Dkt. No. 22.

      We thank the Court for its consideration of this matter.

                                    Respectfully Submitted,

                                    /s/ Michael DiGiulio
                                    Michael DiGiulio
                                    Joseph & Kirschenbaum, LLP
                                    32 Broadway, Suite 601
                                    New York, NY 10004
                                    *Attorney for Plaintiff*

                                    /s/ *Albert Rizzo*
                                    Albert Rizzo
                                    Law Offices of Albert Rizzo, P.C.
                                    110 East 59th Street, 22nd Floor
                                    New York, NY 10022
                                    *Attorney for Defendants*