# LAW OFFICES OF ALBERT RIZZO, P.C.

NEW YORK · ROME

_____

110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NY 10022
TEL. (212) 679-5799
www.RizzoLawOffices.com

October 11, 2023

**BY ECF**

Magistrate Judge Lee G. Dunst
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

      Re:    **Roldan v. K&T Provisions, Inc., et ano**
                **Case No. 2:21-cv-4604**

Dear Judge Dunst:

      Our office represents the defendants in the above-referenced action.

      We write to respectfully request a Settlement Conference with the Court. While the parties have continued to discuss a resolution of the case following the last settlement conference with your Honor on September 6, 2023, we believe that the parties are now at an impasse. However, given the parties present positions, defendants would like the Court's assistance to hopefully avoid the continuing costs of the trial. Plaintiff's counsel does not consent or oppose this request.

      We thank the Court for its time and consideration.

                                                  Respectfully,

                                                  s/ *Albert Rizzo*

                                                  Albert Rizzo

cc:     Mike DiGiulio, Esq.
        Attorney for Plaintiff